

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2019

No. 04-19-00534-CV

**EP ENERGY COMPANY,**
Appellant

v.

**STOREY MINERALS, LTD,** Maltsberger/Storey Ranch, LLC, and Rene Barrientos, Ltd.,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 18-05-00083-CVL
The Honorable Russell Wilson, Judge Presiding

# O R D E R

EP Energy Corporation has filed a notice stating that it is in bankruptcy. The notice complies with Rule 8 of the Texas Rules of Appellate Procedure. Accordingly, this appeal and all time periods are stayed from the date the bankruptcy petition was filed. *See* TEX. R. APP. P. 8.2.

It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk